Robert G. Stahl
LAW OFFICES OF ROBERT G. STAHL, LLC
220 ST. PAUL STREET
WESTFIELD, NJ 07090
Attorneys for Defendant
Ph: (908) 301-9001
Fx: (908) 301-9008

| | |
|---|---|
| UNITED STATES,<br>        Plaintiff,<br><br>vs.<br><br>PARAS JHA,<br><br>        Defendant. | UNITED STATES DISTRICT COURT,<br>DISTRICT OF ALASKA<br>Docket Nos. 3:17-cr-163-01<br>3:17-cr-164-01<br><br>ORDER ALLOWING RELEASE OF<br>SEALED PORTION OF SENTENCING<br>TRANSCRIPT |

Upon the appearance of Robert G. Stahl, attorney for defendant, and Assistant United States Attorney Adam Alexander, and for good cause shown;

IT IS on this 18th day of September, 2018,

ORDERED that the Defendant's request for release of the sealed portion of his sentencing transcript for use only in his sentencing hearing in the District of New Jersey be GRANTED.

_____
Honorable Timothy M. Burgess, Chief Judge

1